**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| SAM FRANCIS FOUNDATION; ESTATE OF ROBERT GRAHAM; CHUCK CLOSE; LADDIE JOHN DILL, *Plaintiffs-Appellants*, <br><br> v. <br><br> CHRISTIE'S, INC., a New York corporation, *Defendant-Appellee*. | No. 12-56067 <br><br> D.C. No. 2:11-cv-08605-MWF-FFM |

| | |
|---|---|
| SAM FRANCIS FOUNDATION; ESTATE OF ROBERT GRAHAM; CHUCK CLOSE; LADDIE JOHN DILL, *Plaintiffs-Appellants*, <br><br> v. <br><br> EBAY, INC., a Delaware corporation, *Defendant-Appellee*. | No. 12-56068 <br><br> D.C. No. 2:11-cv-08622-MWF-PLA |

ESTATE OF ROBERT GRAHAM;
CHUCK CLOSE; LADDIE JOHN DILL,
individually and on behalf of all
others similarly situated,
                    *Plaintiffs-Appellants*,


                v.

SOTHEBY'S, INC., a New York
corporation,
                    *Defendant-Appellee*.

No. 12-56077

D.C. No.
2:11-cv-08604-
MWF-FFM


ORDER

Filed October 30, 2014

## ORDER

THOMAS, Circuit Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3.

Judges Wardlaw and Nguyen did not participate in the deliberations or vote in this case.